```
 1  PATRICK T. CONNOR, Esq., Bar No. 089136
    Email Address: pconnor@deconsel.com
 2  YAN GERSHFELD, Esq., Bar No. 251375
    Email Address: ygershfeld@deconsel.com
 3  DeCARLO, CONNOR & SHANLEY,
    a Professional Corporation
 4  533 S. Fremont Avenue, Ninth Floor
    Los Angeles, California  90071-1706
 5  Telephone (213) 488-4100
    Telecopier (213) 488-4180
 6
    CARPENTERS SOUTHWEST ADMINISTRATIVE
 7  CORPORATION and BOARD OF TRUSTEES FOR
    THE CARPENTERS SOUTHWEST TRUSTS
 8
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>        Plaintiffs,<br><br>v.<br><br>BILL J. McCUAN, also known as BILLY JOE McCUAN, individually and doing business as McCUAN CONSTRUCTION; and DOES 1 through 10, inclusive,<br><br>        Defendant. | CASE NO. CV 07-02675 SJO(VBKx)<br><br>JUDGMENT |

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment against defendants, BILL J. McCUAN, also known as BILLY JOE McCUAN, individually, and doing business as McCUAN CONSTRUCTION, in the amount of $116,163.76, interest from June 6, 2008 through April

Carpenters v. McCuan Construction etc.

16, 2009 at the rate of 10%, accruing at the rate of $32.27 per day in the amount of $10,132.78, attorneys fees in the amount of $6,125.93, for a total of $132,422.47.

DATE: 6/16/09

*S. James Otero*

_____
THE HONORABLE S. JAMES OTERO
UNITED STATE DISTRICT JUDGE

Presented by,

DeCARLO, CONNOR & SHANLEY
A Professional Corporation

By:   /s/ Yan Gershfeld   _____
      YAN GERSHFELD
      Attorney for Plaintiffs,
      CARPENTERS SOUTHWEST ADMINISTRATIVE
      CORPORATION and BOARD OF TRUSTEES
      FOR THE CARPENTERS SOUTHWEST TRUSTS.